**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

Case No. 2:20-cv-02056-RMG

CADE CUNNINGHAM,

    Plaintiff,

v.

JUUL LABS, INC., et al.,

    Defendants.

                           /

**JOINT REPORT ON STATUS OF MDL TRANSFER PURSUANT TO
THE COURT'S JUNE 14, 2020 ORDER**

Pursuant to the Court's Order of June 14, 2020 (Doc. 19), the parties jointly submit this update on the status of this action's transfer to MDL No. 2913.

On June 25, 2020, Plaintiff filed a motion to vacate Conditional Transfer Order 33, which conditionally transferred this action to the MDL. On July 7, 2020, Defendant Juul Labs, Inc. filed an opposition to Plaintiff's motion to vacate Conditional Transfer Order 33. On July 23, 2020, Plaintiff filed a reply in support of her motion to vacate. The motion is under consideration with the Judicial Panel on Multidistrict Litigation.

| | |
|---|---|
| Dated: August 13, 2020 | Respectfully submitted, |
| | /s/ *Courtney Shytle* <br> Courtney Shytle <br> Federal # 7148 <br> MCGUIREWOODS LLP <br> 201 North Tryon Street <br> Suite 3000 <br> Charlotte, NC 28202 <br> Telephone: (704) 343-2110 <br> Facsimile: (704) 443-8710 <br> cshytle@mcguirewoods.com |
| | *Attorney for Defendant Juul Labs, Inc.* |

*/s/ John H. Guerry*
John H. Guerry, Esquire, (Fed. I.D. 12155)
Jerry N. Theos, Esquire, (Fed I.D. 4055)
THEOS LAW FIRM, LLC
11 State Street
Charleston, South Carolina 29401
Telephone: (843) 577-7046
Fax: (843) 203-4985
john@theoslaw.com
jerry@theoslaw.com

James W. Lampkin, II (LAM012)
Joseph VanZandt (VAN053)
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, LLC
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
James.Lampkin@BeasleyAllen.com
Joseph.VanZandt@BeasleyAllen.com

*Attorneys for Plaintiff*